## Washington Park, Inc. Appeal.

Argued October 10, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Richard A. Zappala,* with him *Zappala & Zappala,* for appellant.

602

*Stephen I. Richman,* with him *Greenlee, Richman, Derrico & Posa,* for Washington Park, Inc., appellee.

*Sherman H. Siegel,* Solicitor, for township, appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.
Mr. Justice MUSMANNO did not participate in the decision of this case.